

June 3, 2025

**VIA ECF**

**Mark E. Utke**

Direct Phone   215-665-2164
Direct Fax       215-701-2164
mutke@cozen.com

Kimberly A. Jolson, USMJ
Joseph P. Kinneary U.S. Courthouse, Room 200
85 Marcone Blvd.
Columbus, OH 43215

**Re:    Milbank Insurance Company a/s/o Lee v. DGL Group, Ltd.**
**Case No.: 2:23-cv-03691-JLG-KAJ**
**Cozen Matter No. 00536651**

Dear Magistrate Jolson:

Pursuant to the Court's Notation Orde of May 30, 2025, I submit this Joint Report to the Court regarding the status of mediation. I am pleased to report to the Court that the parties were able to resolve this matter at mediation, and have currently exchanged release documentation. It is my expectation that the parties will be filing a stipulation of dismissal within the next 30 days.

Thank you for your assistance in this matter. Should you need any other information, please contact my office

Respectfully submitted,

COZEN O'CONNOR

BY:    MARK E. UTKE

MEU:ab

CC:    Jillian Lukens, Esq. *(via ECF)*
          Charles Schneider *(via ECF)*
          Andrew Avellano *(via ECF)*

LEGAL\78191542\1